# EXHIBIT C



**Steven Berkovitch <steven@bblawpllc.com>**

## Initial Contact

**jon snyder** <shorelineapps@yahoo.com>  Fri, Jul 26, 2024 at 12:17 PM
Reply-To: jon snyder <shorelineapps@yahoo.com>
To: Steven Berkovitch <steven@bblawpllc.com>

Christopher Ayala was the initial contact that I had.

Notice what he "promises"

Hi Jon,

It was a pleasure speaking with you today. Below are a few of the options we had gone over. Obviously, the quicker we can get this resolved, the faster you can put this behind you but do what is the most comfortable option for you and your business.

**14 Month Program** (FundBox, PayPal, Forward, Funding Circle)
Total debt: $183,000
Total estimated program cost: $137,500
Total estimated savings: $45,500
Weekly payment: $2,154.94

**7 Month Program** (FundBox, PayPal, Forward)
Total debt: $53,000
Total estimated program cost: $41,026
Total estimated savings: $11,915
Weekly payment: $1,295.42

Again, these quotes include everything. All attorney expenses, setting up the escrow account, negotiations and settlements with your lenders and disbursements to your lenders. There are no hidden fees and everything will be written out for you line by line in the agreement once we have chosen the best plan for you. I am excited to initiate negotiations on your behalf and am confident that our team of professionals can resolve this for you with maximum savings for your business.

**Christopher Ayala**  954-408-4432

Senior Settlement Advisor  cayala@coastaldebt.com

Coastal Debt Resolve  www.coastaldebt.com

Berkovitch & Bouskila, PLLC Mail - Initial Contact    https://mail.google.com/mail/u/0/?ik=c05c27094c&view=pt&search=a...

Case 1:24-cv-08940-VM    Document 1-3    Filed 11/22/24    Page 3 of 3

Facebook   Instagram   LinkedIn   Twitter

This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify us immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore we do not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

*Jon Snyder*
Certified Real Estate Appraiser
President, Shoreline Appraisal Service, Inc.
http://www.shorelineapps.com
708-550-4260
6934 Indianapolis Blvd
Hammond, IN 46324

IN CR60500323
IL 556.003976
FL RD8573

*Serving Chicagoland for 25 years!*

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 – 2521, and is legally privileged and confidential. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. VIRUS DISCLAIMER: Although the sender attempts to scan e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses

2 of 2    7/26/24, 1:11 PM