# EXHIBIT G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------X

RDM CAPITAL FUNDING LLC DBA FINTAP
                Plaintiff,

-against-

SHORELINE APPRAISAL SERVICES INC, AND JON SNYDER,
                Defendant.

-----------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**

Index No.: 533557/2023

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Dominick Dale, Esq. dated December 12, 2023, exhibits annexed thereto, the accompanying Memorandum of Law, and upon all the papers and proceedings heretofore had herein, the undersigned will move this Court on behalf of Defendants, Shoreline Appraisal Service, et al at the Courthouse located at 360 Adams Street, New York 11201, at 9:30 A.M. on March 27, 2024, or as soon thereafter as counsel can be heard, for an Order: (1) pursuant to CPLR 3211(a)(2) dismissal of the plaintiff's lawsuit for lack of subject matter jurisdiction since it falls under the exclusive jurisdiction of the Civil Court of the City of New York County of Kings and not that of the Supreme Court of the State of New York County of Kings and (2) for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR § 2214(b), answering papers, if any, must be served on the undersigned at least seven (7) day priors to the return date of this motion.

DATED:   December 12, 2023
         Brooklyn, New York

                                          *DOMINICK DALE, ESQ*

                                          _____
                                          Dominick Dale Esq.
                                          *Attorney(s) for Defendant*
                                          81 Court Street
                                          Brooklyn, NY 11201
                                          (917) 816-8327

To:   Jeffrey Parrella, Esq.
      *Attorney(s) for Plaintiff*
      14 Wall Street
      20th Fl
      New York, NY 10005