# EXHIBIT H

**Law Office of Dominick Dale Esq**
81 Court Street
Brooklyn, NY 11201

(917) 816-8327
dominick.dale@gmail.com

## Invoice Payment

**Payment Detail**
**Law Office of Dominick Dale Esq**

Payment Amount
$ 3,500

Reference

### Payment Method



| **Card** | |
| Debit and Credit accepted. | AM EX  VISA  MasterCard  DISCOVER  ○  JCB |

| **eCheck** | |
| Use your bank account. | 🏦 |

| **Pay Later** | |
| Starting at $170/mo with **affirm**. Example payment plans | affirm |

POWERED BY
🔒 LAWPAY

Our system uses SSL encryption technology, which is the same technology banks use to protect sensitive information.

1/1