**KAUFMAN DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Adam M. Marshall
amarshall@kaufmandolowich.com

April 2, 2025

**VIA ECF**
Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025
```

    Re:    <u>*Snyder v. Dale, et al.*</u>
            <u>Case No. 1:24-cv-8940 (VM)</u>

Dear Judge Marrero:

    This firm represents Defendants Dominick R. Dale, Esq. and the Law Office of Dominick R. Dale, Esq. (collectively, the "Defendants").

    I write with the consent of Plaintiffs' counsel to request that the deadline for Defendants to file their motion to dismiss be extended from April 4, 2025 to April 8, 2025. The other deadlines in the approved briefing schedule would be unaffected. (ECF Doc. 21).[1]

    We are requesting the extension because of unplanned court appearances in connection with a frivolous lawsuit filed against the undersigned on Monday, by a *pro se* plaintiff whose motion I defeated (as counsel in an underlying case) on March 21, 2025.

    We thank the Court for its consideration.

```
SO ORDERED.
4/4/2025
DATE        VICTOR MARRERO, U.S.D.J.
```

Respectfully,
Kaufman Dolowich LLP

By: _____
Adam M. Marshall, Esq.

cc:    All Counsel of Record via ECF

---

[1] Defendants will consent to an extension of the opposition deadline should Plaintiffs need one.