**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JON SNYDER and SHORELINE APPRAISAL
SERVICES INC., individually and on
behalf of all others similarly situated**,**

                            Plaintiffs,
      -against-                                        24 **CIVIL** 8940 (VM)

                                                          **<u>JUDGMENT</u>**

DOMINICK R. DALE, ESQ., individually,
and THE LAW OFFICE OF DOMINICK R.
DALE, ESQ.,

                            Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 30, 2025, the motion (Dkt. No. 24) filed by defendants Dominick R. Dale, Esq. and the Law Office of Dominick R. Dale, Esq. to dismiss the claims alleged by plaintiffs Jon Snyder and Shoreline Appraisal Services Inc., individually and on behalf of all others similarly situated, is GRANTED, and the claims are dismissed without prejudice.

**Dated:**  New York, New York
          October 30, 2025

                                                       **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                          **BY:**       *K. Mango*
                                                          **Deputy Clerk**